## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EDDIE BRILEY**  **PLAINTIFF**
**ADC #116921**

v.  Case No. 5:13CV00168 KGB

**ERNESTINE MURRAY** *et al.*  **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 20th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE